**JUDGE NORGLE**
**MAGISTRATE JUDGE DENLOW**

**08 C 252**

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SEAN F. and JENNIFER F., individually and as    )
next friends of SEBASTIAN F., a minor,          )
       Plaintiffs                               )
                                                )
v.                                              )    No.    07 CH 37098
                                                )
BOARD OF EDUCATION OF HOMEWOOD                  )
SCHOOL DISTRICT #153,                           )
       Defendant.                               )

## ORDER

This matter coming before the Honorable Sophia Hall, or any judge sitting in her stead, **it is hereby ordered**:

1) Defendant is given until January 2, 2008 to file H Answer or other responsive pleadings with respect to the amended complaint.

2) Plaintiff is given until January 7, 2008 to respond thereto.

3) Defendant is given until January 9, 2008 to reply.

4) This matter is set for hearing on January 11, 2008 @ 10:30 a.m. on Defendant's pending motions and a TRO, if necessary

Entered on: _____

Judge: _____ [DEC 20 2007]

Prepared by:
5) Defendant shall deliver courtesy copies on January 9, 2008.

Jennifer L. Hansen
Attorney for Plaintiffs
Firm No. 38069
Whitted, Cleary & Takiff, LLC
3000 Dundee Road, Suite 303
Northbrook, Illinois 60062
Phone: 847-564-8662

Christopher L. Petrarca
Hauser, Izzo, Petrelli & Petrarca
19750 Governors Hwy — St 10
Flossmoor, IL 60422
(708) 799-6766
Attorney No: 42070