**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 252**

| | |
|---|---|
| SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. |
| | ) |
| BOARD OF EDUCATION OF HOMEWOOD SCHOOL DISTRICT 153, | ) Judge ) ) |
| Defendant. | ) ) |

**JUDGE NORGLE**
**MAGISTRATE JUDGE DENLOW**

### NOTICE OF FILING

TO:  Jennifer L. Hansen                    Jack J. Carriglio
     Neal E. Takiff                        Meckler, Bulger & Tilson, LLP
     Whitted, Cleary & Takiff, LLC         123 N. Wacker Dr., Suite 1800
     300 Dundee Rd, Suite 303              Chicago, IL 60606
     Northbrook, IL 60062

PLEASE TAKE NOTICE that I caused a copy of the attached Petition for Removal to be filed with the Clerk of the United States District Court for the Northern District of Illinois on January 10, 2008.

/s/ William F. Gleason
WILLIAM F. GLEASON

## CERTIFICATE OF SERVICE

      I, WILLIAM F. GLEASON, certify that a copy of this Notice and the documents referred to therein were served upon the above listed parties by placing the same in a pre-paid, properly addressed envelope and placing the same in a U.S. Postal Box in Olympia Fields, Illinois on January 11, 2008 before 5:00 p.m.

                                                /s/ William F. Gleason
                                                WILLIAM F. GLEASON

CHRISTOPHER L. PETRARCA
WILLIAM F. GLEASON
HAUSER, IZZO, DeTELLA & PETRARCA, LLC
19730 Governors Highway, Suite 10
Flossmoor, IL 60422
(708)799-6766