U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number: 2008 cv 252

Sean F. and Jennifer F., individually and as next friends of
Sebastian F., a minor,                Plaintiffs,
   v.
Board of Education of Homewood School District #153,
                                      Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor

| | |
|---|---|
| NAME (Type or print) <br> Jack J. Carriglio | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jack J. Carriglio | |
| FIRM <br> Meckler Bulger & Tilson LLP | |
| STREET ADDRESS <br> 123 North Wacker Drive, Suite 1800 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Atty. ID No. 0400254 | TELEPHONE NUMBER <br> (312) 474-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |