IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor, | )<br>)<br>) |
| Plaintiffs, | ) Case No.: 2008 CV 252 |
| v. | ) Judge Charles R. Norgle |
| BOARD OF EDUCATION OF HOMEWOOD SCHOOL DISTRICT #153, | ) Magistrate Judge Morton Denlow |
| Defendant. | ) |

**EMERGENCY MOTION OF PLAINTIFFS TO REMAND STATE LAW ISSUES
TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Plaintiffs, SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor ("Plaintiffs"), by their attorneys, request pursuant to 28 USC §1441(c) the following:

1. This case involves a residency dispute as to a first-grade student, Sebastian F., who has in December 2007 was disenrolled from the school he had been attending since August 2007 by the action of Defendant, Board of Education of Homewood School District 153 ("District 153").

2. Plaintiffs have pursued an action against District 153 in the Circuit Court of Cook County, Illinois, Chancery Division before the Honorable Sophia Hall entitled *Sean F. and Jennifer F., individually and as next friends of Sebastian F., a Minor v. Board of Education of Homewood School District #153*, Case No. 07 CH 37098 (the "State Lawsuit"). A copy of Plaintiffs' Amended Verified Complaint for Declaratory and Injunctive Relief is attached as Exhibit A. Plaintiffs' complaint reflects that District 153's actions are in violation of the Illinois

Constitution and other Illinois law. The complaint further reflects that District 153's actions also violate the Constitution of the United States.

3. In the State Lawsuit, Plaintiffs have also pursued a motion for temporary restraining order to compel District 153 to allow Sebastian F. to be readmitted to his school. District 153 had filed a motion to dismiss which was fully-briefed and, together with Plaintiffs' motion for a temporary restraining order, were to be heard by Judge Hall on Monday, January 14, 2008 at 10:30 a.m.

4. On January 11, 2008, District 153 filed with this Court its Petition for Removal ("Petition") pursuant to 28 U.S.C. § 1441 and alleged that this Court should hear the matter as it relates to claims under the U.S. Constitution. District 153's Petition refers to Plaintiffs' complaint and Plaintiffs' "combined response" to District 153's motions (a copy of which is attached as Exhibit B).

5. 28 U.S.C. § 1441(c) provides that in its discretion, this Court may remand to the state court from a removed action "all matters in which State law predominates." As Plaintiffs' complaint reflects, the claims made are based in violations of the Illinois Constitution and other Illinois law in addition to the allegations of U.S. Constitutional violations. This Court may remand those Illinois constitutional and other state law claims to Judge Hall who is ready to proceed with the disposition of those claims.

6. Plaintiffs request that the state law matters be remanded and request this Court's action on an emergency basis as Sebastian F. is not being allowed to attend school and will suffer harm by any delay in having his claim resolved.

**WHEREFORE**, Plaintiffs' request pursuant to 28 U.S.C. § 1441(c) that this Court remand to the state court all Illinois Constitution and other state law matters relating to Plaintiffs' complaint and request for a temporary restraining order and that the any further action before this Court be stayed pending resolution o the Illinois state claims.

DATED: January 14, 2008

                                            **SEAN F.** and **JENNIFER F.**, individually and as next friends of **SEBASTIAN F.**, a minor, Plaintiffs

                                            By:  /s/  ***Jack J. Carriglio***
                                                      One of Their Attorneys

Jennifer L. Hansen
Neal E. Takiff
Whitted, Cleary & Takiff, LLC
3000 Dundee Road
Suite 303
Northbrook, Illinois  60062
Firm I.D. No. 38069
Telephone:  (847) 564-8662
Facsimile:  (847) 564-8419
jhansen@wct-law.com
ntakiff@wct-law.com

Jack J. Carriglio
Meckler, Bulger, & Tilson LLP
123 North Wacker Drive
Suite 1800
Chicago, Illinois  60606
Firm I.D. No. 37134
Telephone:  (312) 474-7900
Facsimile:  (312) 474-7898
jack.carriglio@mbtlaw.com

M:\12493\pleading\Emerg Mot for Remand.doc