IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor,<br><br>                Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF HOMEWOOD SCHOOL DISTRICT #153,<br><br>                Defendant. | Case No.: 2008 CV 252<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF EMERGENCY MOTION

TO:   Christopher L. Petrarca
William F. Gleason
Hauser, Izzo, DeTella & Petrarca, LLC
19730 Governors Highway
Suite 10
Flossmoor, Illinois 60422

**PLEASE TAKE NOTICE** that on Tuesday, January 15, 2008, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles F. Norgle, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the Dirksen Federal Building, Chicago, Illinois, we shall then and there present *Emergency Motion of Plaintiffs to Remand State Law Issues to the Circuit Court of Cook County, Illinois* and *Plaintiffs' Memorandum in Support thereof,* copies of which are attached and hereby served upon you.

                              **SEAN F.** and **JENNIFER F.**, individually and as next friends of **SEBASTIAN F.**, a minor, Plaintiffs

                              By:  /s/  *Jack J. Carriglio*
                                        One of Their Attorneys

| | |
|---|---|
| Jack J. Carriglio<br>Meckler Bulger & Tilson LLP<br>123 North Wacker Drive/Suite 1800<br>Chicago, Illinois 60606<br>Firm I.D. No. 37134<br>Telephone: (312) 474-7900<br>Facsimile: (312) 474-7898<br>jack.carriglio@mbtlaw.com | Jennifer L. Hansen<br>Whitted, Cleary & Takiff, LLC<br>3000 Dundee Road/Suite 303<br>Northbrook, Illinois 60062<br>Firm I.D. No. 38069<br>Telephone: (847) 564-8662<br>Facsimile: (847) 564-8419<br>jhansen@wct-law.com |

## CERTIFICATE OF SERVICE

Under penalties as provided by law, the undersigned, a non-attorney, certifies that a true and correct copy of the *Notice of Emergency Motion, Emergency Motion of Plaintiffs to Remand State Law Issues To The Circuit Court of Cook County, Illinois* and *Plaintiffs' Memorandum in Support of Its Emergency Motion To Remand State Law Issues To The Circuit Court of Cook County, Illinois* were served upon the parties listed below via facsimile and e-mail before the hour of 5:00 p.m. this 14th day of January 2008.

>Christopher L. Petrarca
>William F. Gleason
>Hauser, Izzo, DeTella & Petrarca, LLC
>19730 Governors Highway
>Suite 10
>Flossmoor, Illinois 60422
>Facsimile: (708) 799-6866
>cpetracra@edcounsel.com
>wgleason@edcounsel.com

/s/ ***Nancy D. Wiseman***
Nancy D. Wiseman

M:\12493\pleading\NOM-COS.doc