IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor, ) ) ) | |
| Plaintiffs, ) ) | Case No.: 2008 CV 252 |
| v. ) ) | Judge Charles R. Norgle |
| BOARD OF EDUCATION OF HOMEWOOD SCHOOL DISTRICT #153, ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO REMAND STATE LAW ISSUES TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Plaintiffs, SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor ("Plaintiffs"), by their attorneys, have filed an emergency motion to remand state law issues to the Circuit Court of Cook County, Illinois ("Emergency Motion"). The motion is based on 28 U.S.C. § 1441 (c) which provides:

> [W]henever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which State law predominates.

Plaintiffs have claims in their lawsuit in Cook County, Illinois which are based on the Illinois Constitution, the Illinois School Code and other Illinois law (*See* Exhibits A and B to the Emergency Motion). This Court has the "discretion" under Section 1441(c) to remand the

matters of Illinois law to the Circuit Court of Cook County where the case was originally brought.

Plaintiffs' request that this Court exercise its discretion and remand as requested in their emergency motion.

DATED: January 14, 2008

>Respectfully submitted,
>
>SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor, Plaintiffs
>
>By: /s/ *Jack J. Carriglio*
>    One of Their Attorneys

Jack J. Carriglio
Meckler, Bulger, & Tilson LLP
123 North Wacker Drive
Suite 1800
Chicago, Illinois 60606
Atty. I.D. No. 0400254
Telephone: (312) 474-7900
Facsimile: (312) 474-7898
jack.carriglio@mbtlaw.com

Jennifer L. Hansen
Whitted, Cleary & Takiff, LLC
3000 Dundee Road
Suite 303
Northbrook, Illinois 60062
Atty. I.D. No. 6271638
Telephone: (847) 564-8662
Facsimile: (847) 564-8419
jhansen@wct-law.com

M:\12493\pleading\Memo in Support Emerg Mot for Remand.doc