# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 2008 cv 252 |

Sean F. and Jennifer F., individually and as next friends of
Sebastian F., a minor,                                    Plaintiffs,
   v.
Board of Education of Homewood School District #153,
                            Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor

| | |
|---|---|
| **NAME** (Type or print) <br> Jennifer L. Hansen | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Jennifer L. Hansen | |
| **FIRM** <br> Whitted, Cleary & Takiff, LLC | |
| **STREET ADDRESS** <br> 3000 Dundee Road/Suite 303 | |
| **CITY/STATE/ZIP** <br> Northbrook, Illinois 60062 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> Atty. ID No. 6271638 | **TELEPHONE NUMBER** <br> (847) 564-8662 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |