## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Sean F, et al.

                                                  Plaintiff,

v.                                                                                              Case No.:
                                                                                            1:08−cv−00252

                                                                                            Honorable Charles
                                                                                            R. Norgle Sr.

Board of Education of Homewood School District
153

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:MOTION by Plaintiffs Sean F, Jennifer F to remand state law issues to Circuit Court of Cook County, Illinois [7] is denied for the reasons stated in open court. Defendants are to answer or otherwise plead by 1/29/2008. If defendants file a motion to dismiss on 1/29/2008,plaintiffs have up to 2/5/2008 to file a response and defendants have up to 2/12/2008 to file a reply. Mailed notice(tlp,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.