IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 2008 CV 252 |
| v. | ) ) | Judge Charles R. Norgle |
| BOARD OF EDUCATION OF HOMEWOOD SCHOOL DISTRICT #153, | ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) ) | |

**PLAINTIFFS' NOTICE OF DISMISSAL**
**PURSUANT TO RULE 41(A)(1)(i)**

Plaintiffs, SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor ("Plaintiffs"), by their attorneys, hereby submit their notice of dismissal of the above-captioned cause of action, without prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(i).

1. Defendant in this action has not filed an answer or a motion for summary judgment.

2. Plaintiffs are entitled to and do hereby voluntarily dismiss this cause without prejudice pursuant to Rule 41(a)(1)(i).

DATED: January 18, 2008

                                                        **SEAN F.** and **JENNIFER F**., individually and as next friends of **SEBASTIAN F**., a minor, Plaintiffs

                                                        By:   /s/   *Jack J. Carriglio*
                                                                     One of Their Attorneys

| | |
|---|---|
| Jack J. Carriglio | Jennifer L. Hansen |
| MECKLER BULGER & TILSON LLP | Neal E. Takiff |
| 123 North Wacker Drive | WHITTED, CLEARY & TAKIFF, LLC |
| Suite 1800 | 3000 Dundee Road/Suite 303 |
| Chicago, Illinois 60606 | Northbrook, Illinois 60062 |
| Firm I.D. No. 37134 | Firm I.D. No. 38069 |
| Telephone: (312) 474-7900 | Telephone: (847) 564-8662 |
| jack.carriglio@mbtlaw.com | jhansen@wct-law.com |
| | ntakiff@wct-law.com |