IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEAN F. and JENNIFER F., individually and as next friends of SEBASTIAN F., a minor, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOARD OF EDUCATION OF HOMEWOOD SCHOOL DISTRICT #153, ) <br> ) <br> Defendant. ) | Case No.: 2008 CV 252 <br><br> Judge Charles R. Norgle <br><br> Magistrate Judge Morton Denlow |

## NOTICE OF ELECTRONIC FILING

TO:   Christopher L. Petrarca
William F. Gleason
Hauser, Izzo, DeTella & Petrarca, LLC
19730 Governors Highway/Suite 10
Flossmoor, Illinois  60422

**PLEASE TAKE NOTICE** that on the 18th day of January, 2008, we electronically filed with the Clerk of the Untied States District Court for the Northern District of Illinois, Eastern Division, ***Plaintiffs' Notice of Dismissal Pursuant To Rule 41(A)(1)(i),*** a copy of which enclosed and hereby served upon you.

DATED:  January 18, 2008

                                **SEAN F.** and **JENNIFER F**., individually and as next friends of **SEBASTIAN F**., a minor, Plaintiffs

                                By:   /s/      *Jack J. Carriglio*
                                          One of Their Attorneys

| | |
|---|---|
| Jack J. Carriglio <br> MECKLER BULGER & TILSON LLP <br> 123 North Wacker Drive/Suite 1800 <br> Chicago, Illinois  60606 <br> Firm I.D. No. 37134 <br> Telephone:  (312) 474-7900 <br> jack.carriglio@mbtlaw.com | Jennifer L. Hansen <br> WHITTED, CLEARY & TAKIFF, LLC <br> 3000 Dundee Road/Suite 303 <br> Northbrook, Illinois 60062 <br> Firm I.D. No. 38069 <br> Telephone:  (847) 564-8662 <br> jhansen@wct-law.com |

## CERTIFICATE OF SERVICE

Under penalties as provided by law, the undersigned, a non-attorney, certifies and states that a true and correct copy of the ***Notice of Electronic Filing*** and ***Plaintiffs' Notice of Dismissal Pursuant To Rule 41(A)(1)(i)*** were served upon the parties listed below via electronic service and by depositing same in the United States mail at 123 North Wacker Drive, Chicago, Illinois 60606, with proper postage prepaid, before the hour of 5:00 p.m. this 1 8th day of January 2008.

>Christopher L. Petrarca
William F. Gleason
Hauser, Izzo, DeTella & Petrarca, LLC
19730 Governors Highway
Suite 10
Flossmoor, Illinois 60422
Facsimile: (708) 799-6866

>/s/      Nancy D. Wiseman
Nancy D. Wiseman

M:\12493\pleading\NOF-COS Federal.doc